UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 12-16-JST (OPx)                                                   Date:  April 12, 2012
Title:  David Tran v. Wells Fargo Bank, N.A.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Ellen Matheson   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS (Doc. 6) SCHEDULED FOR APRIL 23, 2012, AT 10:00 A.M., AND (2) ORDERING DEFENDANTS TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

   Before the Court is a Motion to Dismiss filed by Defendants Wells Fargo Bank, N.A. ("WFB") and Wells Fargo Home Mortgage, A Division of Wells Fargo Bank, N.A. ("WFHM") (collectively, "Moving Defendants").  (Doc. 6.)  Because the Court concludes that it may lack subject matter jurisdiction, the hearing scheduled for April 23, 2012, at 10:00 a.m. is VACATED.

   Defendants removed this action from the Orange County Superior Court on the basis of diversity jurisdiction.  (Notice of Removal at 2, Doc. 1.)  In their Notice of Removal, Moving Defendants assert that Plaintiff is a citizen of California (*id.* at 2-3), Defendant WFB is a citizen of South Dakota (*id.* at 3), and Defendant WFHM, as a division of WFB, is also a citizen of Washington (*id.*).  Specifically, Moving Defendants assert that under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006), and its progeny, a national banking association is a citizen only of the state in which its main office, as set forth in its articles of incorporation, is located.  (*Id.*)  For the reasons set forth in this Court's Order Granting Motion to Remand, *Fry v. America's Servicing Co.*, No. 8:12-cv-00106-JST (MLGx) (C.D. Cal. Apr. 11, 2012), ECF No. 30, the Court disagrees with this assertion, and concludes that a national bank is also a citizen of the state in which its principal place of business is located.  Accordingly, WFB and WFHM are citizens of California, and it appears the requirement of complete diversity is not met.

   Accordingly, Moving Defendants are ordered to show cause no later than April 23, 2012, why this case should not be remanded for lack of subject matter jurisdiction.  If, after receiving

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV 12-16-JST (OPx)                                             Date:  April 12, 2012
Title:  David Tran v. Wells Fargo Bank, N.A.

Moving Defendants' response, the Court determines that it has subject matter jurisdiction, the hearing on Moving Defendants' Motion to Dismiss will be reset.

Initials of Preparer:  enm